IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>CHRISTIAN and LISA KRAIZA,<br><br>Debtor, | Bankruptcy No. 15-11247-jkf<br><br>Chapter 13<br><br>Doc. No. |
|---|---|

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Notice of Mortgage Payment Change filed by **Ditech Financial LLC**;

**AND**, the Court concluding that the subject Notice of Mortgage Payment Change (including attachments) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **the subject Notice of Mortgage Payment Change forthwith**.

**Ditech Financial LLC** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** February 13, 2017.

Dated: January 30, 2017

BY THE COURT:

_____
Hon. Jean K. FitzSimon
U.S. Bankruptcy Court Judge