United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-11247-jkf
Christian M Kraiza                                                  Chapter 13
Lisa Kraiza
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: John          Page 1 of 1          Date Rcvd: Jan 30, 2017
                           Form ID: pdf900      Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
db/jdb       +Christian M Kraiza,   Lisa Kraiza,   302 Birchwood Road,   Aldan, PA 19018-3106
13726613     +Ditech Financial LLC,   c/o JOSHUA ISAAC GOLDMAN,   KML Law Group, P.C.,
              701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13845205     +Ditech Financial LLC,   c/o THOMAS I. PULEO,   KML Law Group, P.C.,
              701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Jan 31 2017 01:42:03    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2017 01:41:48
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 31 2017 01:42:00    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/Text: bankruptcy.bnc@ditech.com Jan 31 2017 01:41:44    Ditech Financial LLC,
              PO Box 0049,   Palatine, IL 60055-0001
                                                                                   TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2017 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              PETER J. ASHCROFT   on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Joint Debtor Lisa  Kraiza steve@bottiglierilaw.com,
               ecfnotice@comcast.net
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Christian M Kraiza steve@bottiglierilaw.com,
               ecfnotice@comcast.net
              THOMAS I. PULEO   on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                   TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CHRISTIAN and LISA KRAIZA,<br><br>　　　　Debtor, | Bankruptcy No. 15-11247-jkf<br><br>Chapter 13<br><br>Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Notice of Mortgage Payment Change filed by **Ditech Financial LLC**;

**AND**, the Court concluding that the subject Notice of Mortgage Payment Change (including attachments) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1.　　　This Motion is **GRANTED**.

2.　　　The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **the subject Notice of Mortgage Payment Change forthwith**.

**Ditech Financial LLC** shall  file redacted copies of the document(s) identified in Paragraph 2 above **on or before**  February 13, 2017 .

Dated: January 30, 2017

BY THE COURT:

_____
Hon. Jean K. FitzSimon
U.S. Bankruptcy Court Judge