# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

CHRISTIAN M & LISA KRAIZA

**BANKRUPTCY NUMBER**

**CERTIFICATION OF SERVICE**

15-11247 ELF

Debtor(s)

**AND NOW,** comes Jenean Tucker, from the office of William C. Miller, Esq chapter 13 standing trustee, and certifies that s/he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail

CHRISTIAN M & LISA KRAIZA
302 BIRCHWOOD ROAD
ALDAN PA 19018

Service by electronic service only:

Debtor s Attorney
  STEPHEN VINCENT BOTTIGLIERI
  66 EUCLIED STREET SUITE C
  WOODBURY NJ 08096


U.S. Trustee
  Frederic J. Baker, Esquire
  Office of the U.S. Trustee
  833 Chestnut Street, Suite 500
  Philadelphia, PA 19107


/s/ Jenean Tucker
Office of William C. Miller, Esquire
Chapter 13 Standing Trustee

Dated  05/26/2020