UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

:

IN RE:CHRISTIAN & LISA KRAIZA

:        Bankruptcy case #15-11247 **ELF**

:
Chapter 13

**PRAECIPE TO WITHDRAW DOCUMENT(S)**

:

To the Clerk of Court:

Please withdraw NOTICE  OF FINAL CURE Filed on 05/26/2020
docket entry#55

                         Respectfully submitted,


                         **/s/William C. Miller, Trustee**
                         Chapter 13 Standing Trustee


Date  JUNE 8/ 2020