UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

:

IN RE:CHRISTIAN & LISA KRAIZA

:        Bankruptcy case #15-11247 **ELF**

:
Chapter 13

**PRAECIPE TO WITHDRAW DOCUMENT(S)**

:

To the Clerk of Court:

Please withdraw NOTICE OF FINAL CURE Filed on 05-27-2020 docket entry#56

Respectfully submitted,

**/s/William C. Miller, Trustee**
Chapter 13 Standing Trustee

Date  JUNE 8/ 2020