**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:** | **Bankruptcy No. 15-11247-elf** |
| **Christian M Kraiza,** | |
| **Debtor** | **Chapter 13** |
| **Lisa Kraiza,** | **Hearing Date: 06/30/2020** |
| **Joint Debtor** | **Hearing Time: 9:30 a.m.** |
| **NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for New Residential Mortgage LLC,** | **Location: 900 Market Street, Suite 400 Philadelphia, PA 19107, Courtroom #1** |
| **Movant** | |
| **v.** | |
| **Christian M Kraiza,** | |
| **Lisa Kraiza,** | |
| **Debtor/Respondent** | |
| **WILLIAM C. MILLER, Esquire** | |
| **Trustee/Respondent** | |

## PRACIPE TO WITHDRAW DOCUMENT

**PLEASE TAKE NOTICE THAT**, on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for New Residential Mortgage LLC ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Motion for Relief from Stay, DE 47, filed on February 12, 2020.**

Robertson, Anschutz, Schneid & Crane, LLC
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone: 973-575-0707
Facsimile: 973-404-8886
By: /s/Charles Wohlrab
Charles Wohlrab
Email: CWohlrab@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  June 17, 2020 , I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Stephen Vincent Bottiglieri
66 Euclid Street, Suite C
Woodbury, NJ 08096

Christian M Kraiza
302 Birchwood Road
Aldan, PA 19018

Lisa Kraiza
302 Birchwood Road
Aldan, PA 19018

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

By: /s/Charles Wohlrab
Charles Wohlrab
Email: CWohlrab@rascrane.com