```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

```
In re:                                                          Case No. 15-11247-elf
Christian M Kraiza                                              Chapter 13
Lisa Kraiza
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Aug 19, 2020
                              Form ID: 195            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
db/jdb         +Christian M Kraiza,   Lisa Kraiza,   302 Birchwood Road,   Aldan, PA 19018-3106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
              CHARLES GRIFFIN WOHLRAB    on behalf of Creditor    New Residential Mortgage LLC
               cwohlrab@rascrane.com
              HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    Ditech Financial LLC Josh.Goldman@padgettlawgroup.com,
               kevin.shatley@padgettlawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              PETER J. ASHCROFT    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              ROBERT J. DAVIDOW    on behalf of Creditor    Ditech Financial LLC robert.davidow@phelanhallinan.com
              SHEETAL R. SHAH-JANI    on behalf of Creditor    New Residential Mortgage LLC sshahjani@rascrane.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Christian M Kraiza steve@bottiglierilaw.com,
               ecfnotices@comcast.net;sbottiglieri@toscanigillin.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Joint Debtor Lisa  Kraiza steve@bottiglierilaw.com,
               ecfnotices@comcast.net;sbottiglieri@toscanigillin.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Christian M Kraiza and Lisa Kraiza  : Case No. 15−11247−elf
    Debtor(s)

***ORDER***
_____

AND NOW, this day , August 19, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

66
Form 195